# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

Samuel Francis  Case No. 10-20739
Sandra Francis

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.§ 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JP MORGAN CHASE BANK, N.A. | Chase Home Finance a/k/a JP Morgan Chase Bank, NA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

JP MORGAN CHASE BANK, N.A.
c/o Five Lakes Agency, Inc.
PO Box 80730
Rochester, MI 48308

Court Claim #: 23
Amount of Original Claim: $210,011.92
Date Claim Filed: 12/7/2010

Phone: (855) 824-1000
Last Four Digits of Acct #: 0586

Phone: _____
Last Four Digits of Acct #: 0586

Name and Address where transferee payments should be sent:
JP MORGAN CHASE BANK, N.A.
c/o Five Lakes Agency, Inc.
PO Box 80730
Rochester, MI 48308

Phone: (855) 824-1000
Last Four Digits of Acct #: 0586

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kelly J. Schellig
  /s/ Cassandra L. Carroll                                  Date: 8/2/12
  Transferee/Transferee's Agent
  Kelly J. Schellig
  Cassandra L. Carroll
  Agent for JP MORGAN CHASE BANK, N.A.
  237493

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:  
<u>Samuel Francis</u>  
<u>Sandra Francis</u>

Case No. <u>10-20739</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>23</u> was filed or deemed filed under 11 U.S.C.§ 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the clerk's office of this court on August 2, 2012.

Chase Home Finance a/k/a JP Morgan Chase Bank, NA  
Name of Alleged Transferor

JP MORGAN CHASE BANK, N.A.  
Name of Transferee

Address of Alleged Transferor:  
C/O SHERMETA, ADAMS & VON ALLMEN, P.C.  
P.O. BOX 80908  
ROCHESTER HILLS, MI 48308-0908

Address of Transferee:  
c/o Five Lakes Agency, Inc.  
PO Box 80730  
Rochester, MI 48308

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____  
**CLERK OF THE COURT**